No. 10–6930. MEJIA v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 10–6943. BEY v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 10–34. RYAN, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS v. ROBINSON. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 10–318. MCKENNA v. NESTLE PURINA PETCARE CO. C. A. 6th Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 10–369. BALDWIN ET AL. v. SEBELIUS, SECRETARY OF HEALTH AND HUMAN SERVICES, ET AL. C. A. 9th Cir. Certiorari before judgment denied.

No. 10–6635. BROWN v. MCDANIEL, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 10–6814. JORDAN v. UNITED STATES. C. A. 10th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 10–6850. REED v. UNITED STATES. C. A. 4th Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 10–6887. MERCADO v. UNITED STATES. C. A. 2d Cir. Certiorari denied. JUSTICE SOTOMAYOR took no part in the consideration or decision of this petition.

No. 09–11233. COULOMBE v. SUPERIOR COURT OF CALIFORNIA, VENTURA COUNTY, ET AL., *ante,* p. 868;
No. 09–11424. DAVIS v. KIA MOTORS AMERICA, INC., ET AL., *ante,* p. 879;
No. 09–11481. CRAIN v. HEIFNER, *ante,* p. 883; and

No. 10–5013. BROOKS v. LUBBOCK COUNTY HOSPITAL DISTRICT, DBA UMC HEALTH SYSTEM, *ante*, p. 899. Petitions for rehearing denied.

NOVEMBER 10, 2010

No. 09–1227. BOND v. UNITED STATES. C. A. 3d Cir. [Certiorari granted, *ante*, p. 960.] Stephen R. McAllister, Esq., of Lawrence, Kan., is invited to brief and argue this case, as *amicus curiae*, in support of the judgment below.

NOVEMBER 12, 2010

No. 10A465. LOG CABIN REPUBLICANS v. UNITED STATES ET AL. Application to vacate the stay entered by the United States Court of Appeals for the Ninth Circuit on November 1, 2010, presented to JUSTICE KENNEDY, and by him referred to the Court, denied. JUSTICE KAGAN took no part in the consideration or decision of this application.

NOVEMBER 15, 2010

No. 10–5610. PULIDO-ISLAS v. UNITED STATES. C. A. 5th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Carachuri-Rosendo* v. *Holder*, 560 U. S. 563 (2010).

No. 10–6347. ODOM v. MT. PLEASANT POLICE DEPARTMENT INSURANCE POLICY HOLDER ET AL. C. A. 4th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8. As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and the petition is submitted in compliance with Rule 33.1. See